In the Matter of the Accounting of JEREMIAH KECK, as Executor of EDWARD ECKER, Deceased.
HAMILTON ECKER, Appellant and Respondent; JEREMIAH KECK, as Executor, et al., Respondents and Appellants.

*Matter of Keck*, 164 App. Div. —, affirmed.
(Argued September 30, 1914; decided October 20, 1914.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the third judicial department,

entered July 10, 1914, which affirmed a decree of the Fulton County Surrogate's Court settling the accounts of Jeremiah Keck, as executor of Edward Ecker, deceased.

*Fred. Linus Carroll* for Hamilton Ecker, appellant and respondent.

*Merwyn H. Nellis* and *Andrew J. Nellis* for executor et al., respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.    Absent: CARDOZO, J.